UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARUN K.,

      Petitioner,

      v.

SERGIO ALBARRAN, et al.,

      Respondents.

No. 1:26-cv-00518-TLN-CSK

**ORDER**

This matter is before the Court on Respondents' Request for Clarification regarding Court's Order.  (ECF No. 10.)  Respondents request clarification language to be added to the Court's injunction that would permit detention of Petitioner for the purpose of executing a final order of removal.  (*Id.* at 1.)  Petitioner opposes the motion.  (ECF No. 11.)

Respondents note the Court's preliminary injunction states, in relevant part: "Respondents are enjoined and restrained from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing before a neutral fact-finder[.]"  (ECF No. 10 at 1 (citing ECF No. 9 at 4).)  Respondents also note, under 8 U.S.C. § 1231(a)(2)(A), after an immigration judge issues an order of removal and it becomes final, the government "shall detain" the noncitizen "during the [90-day] removal period."  (ECF No. 10 at 1.)

1

Respondents seem to assume, without explanation, that this Court's injunction and Respondents' mandate under 8 U.S.C. § 1231(a)(2)(A) cannot be executed consistent with each other.   But, as Petitioner points out, nothing in the Court's Order conflicts with Respondents' statutory authority.  (ECF No. 11 at 2.)  Respondents do not present the Court with any facts or situation in which a final order of removal cannot be executed consistent with the terms of the injunction.  (*See* ECF No. 10.)

Additionally, at this juncture, Respondents are asking the Court to address a hypothetical. There is no order of removal for Petitioner, let alone a final order of removal.  The Court agrees with Petitioner that this issue is not ripe.  (*See* ECF No. 11 at 3.)   In the event such a situation arises, Respondents may seek a modification or clarification of the Order at that time.  Until then, the Court declines to make any modifications to its prior Order.

Accordingly, the Court DENIES Respondents' Request for Clarification Regarding Court's Order without prejudice.  (ECF No. 10.)

IT IS SO ORDERED.

Date: February 17, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE